UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS J. HOWLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATALLI, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0608 JAM CKD P<br><br><br><br>ORDER |

On December 10, 2019, defendant filed a motion to dismiss. (ECF No. 17.) Plaintiff has not filed any response to the motion. He will be given one more opportunity to respond to the motion to dismiss and is cautioned that failure to do so will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:howl0608.nonoppo.mtd

1